CHARLES F. SCHOEPFLIN, Respondent, *v.* MICHAEL J. COFFEY, Appellant.

(Submitted April 2, 1900; decided May 1, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 12.)

---

ALBERT L. PURDY, Respondent, *v.* ERIE RAILROAD COMPANY, Appellant.

(Submitted April 16, 1900; decided May 1, 1900.)

Motion for reargument denied, with ten dollars costs. (See 162 N. Y. 42.)